AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Reidinger, Martin K | 2. Court or Organization  U.S. District Court, WDNC | 3. Date of Report  01/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Nominee | 5a. Report Type (check appropriate type)  ☒ Nomination, Date 01/09/2007  ☐ Initial   ☐ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  Adams Hendon Carson et al  72 Patton Avenue  Asheville, NC 28801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Shareholder, Officer | Adams Hendon Carson Crow & Saenger, PA |
| 2. Member | 72 Patton Associates, LLC |
| 3. Board Member | Pisgah Legal Services |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | Adams Hendon Carson Crow & Saenger, PA - Shareholders Agreement |
| 2. 2005 | 72 Patton Associates, LLC - Members Agreement |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reldinger, Martin K | 01/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2005 | Adams Hendon Carson Crow & Saenger, PA | $ 259,467 |
| 2. | 2006 | Adams Hendon Carson Crow & Saenger, PA | $ 207135 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | Exempt |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reidinger, Martin K | 01/10/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | Exempt | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bank of America Accounts | D | Interest | N | T | Exempt | | | | |
| 2. 72 Patton Associates | D | Rent | M | Q | | | | | |
| 3. Brokerage Account #1 | | | | | | | | | |
| 4. - American Balanced Fund BALCX | A | Dividend | K | T | | | | | |
| 5. - Deposit Account | A | Interest | J | T | | | | | |
| 6. - Europacific Growth Fund AEPCX | A | Dividend | K | T | | | | | |
| 7. First Eagle Global Fund FESGX | A | Dividend | K | T | | | | | |
| 8. - Franklin Income Fund FCISX | A | Dividend | K | T | | | | | |
| 9. - GE | A | Dividend | J | T | | | | | |
| 10. - Growth Fund of America GFACX | A | Dividend | K | T | | | | | |
| 11. - Hartford Capital Appreciation Fund HCACX | A | Dividend | L | T | | | | | |
| 12. - John Hancock Classic Value Fund JCVCX | A | Dividend | K | T | | | | | |
| 13. - Legg Mason Partners Mid Cap Core Fund MCBLC | A | Dividend | J | T | | | | | |
| 14. - Legg Mason Value Trust LMVTX | A | Dividend | K | T | | | | | |
| 15. - Mass Investors Growth Stock Fund MIGDX | A | Dividend | K | T | | | | | |
| 16. - Mass Investors Trust MITCX | A | Dividend | K | T | | | | | |
| 17. - UTS SPDR Trust SPY | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 = $15,000,001 - $50,000,000 | R = Cost (Real Estate Only) | P4 = More than $50,000,000 | T = Cash Market | |
| | Q = Appraisal | V = Other | S = Assessment | | |
| | U = Book Value | | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 4 of 6

**Name of Person Reporting**

Reidinger, Martin K

**Date of Report**

10/03/2006

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Brokerage Account #2 | | | | | Exempt | | | | |
| 2. - Pimco Total Return PTTRX | A | Dividend | M | T | | | | | |
| 3. - Vanguard Windsor II VWNFX | A | Dividend | M | T | | | | | |
| 4. - American Funds Growth Fund RGAFX | A | Dividend | M | T | | | | | |
| 5. - American Funds Euro Pacific RERFX | A | Dividend | L | T | | | | | |
| 6. - Third Avenue Small Cap Value Fund TASCX | A | Dividend | L | T | | | | | |
| 7. - T Rowe Price New Horizons Fund PRNHX | A | Dividend | L | T | | | | | |
| 8. Brokerage Account #3 | | | | | | | | | |
| 9. NFEBX Columbia Marsico Focused Equity Fund | A | Dividend | J | T | | | | | |
| 10. Brokerage Account #4 | | | | | | | | | |
| 11. NFEBX Columbia Marsico Focused Equity Fund | A | Dividend | J | T | | | | | |
| 12. Real Property Buncombe County NC partial interest | | None | M | Q | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| | Q –Appraisal | V –Other | S –Assessment | W –Estimated | |
| | U –Book Value | | | | |

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 279 | 066 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | | 962 | 215 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 132 | 608 |
| Real estate owned-add schedule | | 505 | 672 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 140 | 600 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| 72 Patton Associates LLC | | 178 | 805 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 132 | 608 |
| | | | | Net Worth | 1 | 933 | 750 |
| Total Assets | 2 | 066 | 358 | Total liabilities and net worth | 2 | 066 | 358 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 200 | 000 | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |